UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| **MAHAN, John M** <br> 2413 N 5th Rd <br> Huntley, MT, 59037 <br><br> *Plaintiff.* <br><br> -v- <br><br> **UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES** 5900 Capital Gateway Dr. <br> Camp Springs, MD 20588-0009 <br> AND, <br> **JADDOU, Ur M.** <br> In her official capacity as Director, <br> United States Citizenship and Immigration Services; <br> 5900 Capital Gateway Dr. <br> Camp Springs, MD 20588-0009 <br><br> *Defendants.* | Case No. CV-24-140-BLG-TJC <br><br> Clerks Notice of Closing Case |

On January 7, 2025, the Plaintiff in this mandamus action filed a NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE.

Plaintiff states voluntary dismissal is appropriate under Rule 41(a)(1)(A)(i) because no Defendants in this mandamus action have served an answer or a motion for summary judgment.

Dated this 8th day, January 2025.

By: /s/ J. Edwards
Deputy Clerk